FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2016 JUL 22 PM 12: 29
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

BEST BUY STORES, L.P., )
)
    Plaintiff, )
)
v. )
) CASE NO. CV416-094
OGLETHORPE ASSOCIATES, LLLP, )
)
    Defendant. )
)

## O R D E R

Before the Court is the parties' Stipulation of Dismissal Without Prejudice. (Doc. 17.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), an action may be dismissed pursuant to "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITHOUT PREJUDICE**, and each party shall bear its own costs and attorney's fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 22ND day of July 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA